# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALESSANDRA YOUNG, ALEXANDER FUKA,**

    **Plaintiffs,**

**-vs-**             **Case No.  6:09-cv-1665-Orl-19GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____

# REPORT AND RECOMMENDATION

## TO THE UNITED STATES DISTRICT COURT

   This cause comes before the Court on its own initiative.  On September 28, 2009, Plaintiff filed a complaint against Defendant. Doc. No. 1.  On October 2, 2009, the Court entered an order ("Order") granting a motion to proceed *in forma pauperis* and directing the Clerk to mail summonses and Marshall 285 forms to the Plaintiff for completion and return to the Court within fifteen (15) days of mailing. Doc. No. 4.  On October 26, 2009, the Order was returned as undeliverable. Plaintiff has not provided the Court with an alternate address.  On April 12, 2010, the Court entered an Order ("Order") directing Plaintiff to show cause in writing within eleven (11) days from the date of the Order why her case should not be dismissed for failure to prosecute. Plaintiff has not filed a response to the Order. Accordingly, it is RECOMMENDED that Plaintiff's case be DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and the Clerk be directed to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on May 12, 2010.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties