UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALESSANDRA YOUNG,
ALEXANDER FUKA,

Plaintiffs,

-vs-    Case No. 6:09-cv-1665-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(b), this case is **DISMISSED** with prejudice. Clerk of the Court is directed to CLOSE the case.

It is **SO ORDERED** in Orlando, Florida, this 3 day of June, 2010.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge